**This order is SIGNED.**

**Dated: January 27, 2021**



WILLIAM T. THURMAN
U.S. Bankruptcy Judge



IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: JAMES F JENKINS <br><br> Debtor(s). | Bankruptcy Case No. 05-20035 <br><br> Chapter 13 |

ORDER GRANTING APPLICATION FOR PAYMENT OF

UNCLAIMED FUNDS

It appearing that the check made payable to JAMES F JENKINS, in the amount of $ 1,041.05 was not charged against the bank account of the debtor's estate within the ninety-day limit pursuant to 11 U.S.C. § 347 and the case trustee filed an unclaimed funds report to close the account and transfer funds into the registry of the Clerk, United States Bankruptcy Court for the District of Utah, and

It further appearing that JAMES F JENKINS (Claimant) now claims the above monies in the application attached hereto,

IT IS ORDERED, that the Clerk of the Bankruptcy Court may pay the sum of $ 1,041.05 to JAMES F JENKINS.

-------------------------------------END OF ORDER-------------------------------------